AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Central District of California |
|---|---|
| DOCKET NO.<br>2:22-cv-05965 | DATE FILED<br>8/23/2022 |
| PLAINTIFF<br>George Lopez, an individual | DEFENDANT<br>Pandora Media, LLC, a Delaware Limited Liability Company |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 [See Attached Ex. A] | [See Attached Ex. A] | [See Attached Ex. A] |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>8/30/2022 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>8/30/22 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
X 3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| Exhibit A | | | | |
|---|---|---|---|---|
| **Title** | **Registration No.** | **Copyright Claimant** | **Registration Date** | **Album Name** |
| Introduction | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Chicano Dudes | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Trip To Mexico | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Dodger Games | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| You Saw Me | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Clocks | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Memories | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Livin' At Home | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Sex Talk | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| ER | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Habla Habla?-$40 Fine | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Birthdays | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Memmer?... U Memmer! | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| You're Gonna Say No | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Holmes Depot | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Right Now Right Now?... Later Later! | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Original Factory Color | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| Dating | SR0000356607 | George Lopez | 01-13-2004 | Right Now Right Now |
| | | | | |
| Spanglish | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Chicano Speak | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Orientation | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Team Leader | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Kids In the Store | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| The Bike | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Mexican Homes | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Dogs | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Disposable Camera | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Disneyland | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Weddings In the Back Yard | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| My Uncle's Heart Attack | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Love You...Sober | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Crazy Aunt | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| The Bush | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| The White House | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Fame | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Jack In the Box | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |
| Socoro | SR0000356606 | George Lopez | 01-13-2004 | Team Leader |

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-00809-MCS-MAR<br>2:22-cv-05965-MCS-MAR | Date | August 30, 2022 |
|---|---|---|---|
| Title | In re Pandora Media, LLC Copyright Litigation<br>George Lopez v. Pandora Media, LLC | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                             None Present

**Proceedings:   (IN CHAMBERS) ORDER CONSOLIDATING CASES**

The Court previously consolidated a lawsuit by several comedians against Pandora Media LLC. Consolidation Order, *In re Pandora Media, LLC Copyright Litigation*, No. 2:22-cv-00809-MCS-MAR, ECF No. 18. On August 23, 2022, a new comedian, George Lopez, filed a copyright infringement case against Pandora raising substantially the same claims. The Court consolidates the *Lopez* case with the other cases.

"If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). "District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases." *Hall v. Hall*, 138 S. Ct. 1118, 1131 (2018). "To determine whether to consolidate, a court weighs the interest of judicial convenience against the potential for delay, confusion and prejudice caused by consolidation." *Knox v. Yingli Green Energy Holding Co.*, 136 F. Supp. 3d 1159, 1162 (C.D. Cal. 2015) (internal quotation marks omitted).

The interest in judicial convenience is manifest. The Court has already consolidated other cases bringing nearly the same claims. Having the *Lopez* action proceed separately would generate needlessly duplicative work for the Court and the parties. At this early stage of litigation, there is little potential for delay, confusion, or prejudice from consolidation. Not consolidating these cases would instead increase the potential for delay, confusion, and prejudice. Consolidated briefing, scheduling, and discovery would help the parties and the Court take advantage of the efficiencies generated from addressing issues once rather than several times. The Court thus concludes consolidation is appropriate. Should matters develop such that consolidation is no longer appropriate, the parties can move for relief.

The Court orders the following:

(1)   Pursuant to Fed. R. Civ. P. 42(a), *In re Pandora Media, LLC Copyright Litigation*, No. 2:22-cv-00809-MCS-MAR, and *George Lopez v. Pandora Media, LLC*, No. 2:22-cv-05965-MCS-MAR, are consolidated for pretrial purposes and should be captioned as:

| In re PANDORA MEDIA, LLC COPYRIGHT LITIGATION | Master File No. 2:22-cv-00809-MCS-MAR <br><br> <u>CONSOLIDATED ACTION</u> |
|---|---|
| This Document Relates To: <br><br> ALL ACTIONS | |

(2)     The file in Case No. 2:22-cv-00809-MCS-MAR shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the *Lopez* action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies and the last name of the first-listed plaintiff in said action.

(3)     The Court orders the comedian plaintiffs to file an amended consolidated complaint including Lewis Black and George Lopez within 14 days of this order. Should any new party file a new case or claim related to this action, that party shall file a motion with a proposed order to consolidate that new case or claim with the current master file. Once any new case or claim is consolidated, the parties shall file amended consolidated complaints and counterclaims within 14 days of the consolidation order.

**IT IS SO ORDERED.**